UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARRY JONES :
:
    Plaintiff :
: Civil No. 1:CV-16-1537
    v. :
: (Judge Caldwell)
BRENDA TRITT, SUPERINTENDENT, :
*et al.*, :
:
    Defendants :

## *O R D E R*

And now, this 5th day of October, 2017, for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. Dr. Pandya and CRNP Iannuzzi's motion to dismiss (ECF No. 25) is granted in part and denied in part.

    2. CRNP Iannuzzi's motion to dismiss Jones' Eighth Amendment claims against him is granted.

    3. Dr. Pandya's motion to dismiss Jones' Eighth Amendment claim concerning the treatment of his sarcoidosis is denied.

    4. The DOC Defendants' motion for judgment on the pleadings (ECF No. 44) is granted.

    5. The sole surviving claim in this action lies against Dr. Pandya.

    6. Dr. Pandya is granted twenty-one (21) days from the date of this order to file an answer to the Complaint.

                                    /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge