# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARRY JONES,

    Plaintiff,

        v.

BRENDA TRITT,
SUPERINTENDENT, *et al.*

    Defendants.

NO. 1:16-cv-1537

(JUDGE CAPUTO)

## ORDER

**NOW**, this 20th day of February 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Alter or Amend Judgment (Doc. 55) filed by Plaintiff is **DENIED**.

(2) The Motion for Summary Judgment (Doc. 59) filed by Defendant Haresh Pandya is **DENIED**.

(3) This Matter is placed on the June 2019 Trial List.

                                  /s/ A. Richard Caputo
                                  A. Richard Caputo
                                  United States District Judge